IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELBERTA BERNICE LIEBERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 96-523-GMS |
| | ) | |
| THE STATE OF DELAWARE, | ) | |
| THE FAMILY COURT OF THE | ) | |
| STATE OF DELAWARE | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant hereby moves this Court to enter summary judgment in its favor pursuant to Rule 56, for a lack of jurisdiction as set forth in defendant's briefs.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Ilona M. Kishon (#3705)
Deputy Attorneys General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
Attorneys for Defendant

DATED: March 21, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELBERTA BERNICE LIEBERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 96-523-GMS |
| | ) | |
| THE STATE OF DELAWARE, | ) | |
| THE FAMILY COURT OF THE | ) | |
| STATE OF DELAWARE | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

**IT IS SO ORDERED This _____ day of _____, 2005**

      that the defendant's motion for summary judgment is GRANTED and JUDGMENT is entered in its favor due to a lack of subject matter jurisdiction.

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I certify that on March 21, 2005, I electronically filed Defendant's Motion for Summary Judgment for a Lack of Jurisdiction to the following:

Edward M. McNally, Esquire
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
emcnally@morrisjames.com

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
marc.niedzielski@state.de.us