# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ELBERTA BERNICE LIEBERMAN,⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀C.A. No. 96-523-GMS
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
THE STATE OF DELAWARE,⠀⠀⠀⠀)
THE FAMILY COURT OF THE⠀⠀⠀)
STATE OF DELAWARE⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀)

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that defendant will take the stenographically recorded oral deposition of the plaintiff at the defendant's attorneys' office on **May 17, 2005, commencing at 10:00 a.m.** and continuing thereafter until completed.

/s/ Marc P. Niedzielski
Marc P. Niedzielski #2616
Ilona M. Kirshon #3705
Deputy Attorneys General
820 N.FrenchStreet, 6th floor
Wilmington, DE 19801
(302) 577-8324

Date: May 6, 2005

## CERTIFICATE OF SERVICE

I certify that on May 6, 2005, I electronically served the attached Notice of

Deposition on the following:

Edward M. McNally, Esquire
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801