IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELBERTA BERNICE LIEBERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 96-523-GMS |
| | ) | |
| THE STATE OF DELAWARE, | ) | |
| THE FAMILY COURT OF THE | ) | |
| STATE OF DELAWARE | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED between the undersigned counsel for the parties that the briefing schedule on Defendant's Motion For Summary Judgment on the substantive issues will be as follows:

| | |
|---|---|
| Plaintiff's Answering Brief and affidavits, if any | July 13, 2005 |
| Defendant's Reply Brief and affidavits, if any | July 27, 2005 |

DEPARTMENT OF JUSTICE


/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 N. French Street, Sixth Floor
Wilmington, Delaware 19801
(302) 577-8324
marc.niedzielski@state.de.us
Attorneys for Defendant

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Edward M. McNally (#614)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
emcnally@morrisjames.com
Attorneys for Plaintiff

July 6, 2005

    SO ORDERED, this ___ day of July, 2005.

                                                        _____
                                                                                   J.

1247903/1