IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELBERTA BERNICE LIEBERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 96-523-GMS |
| ) | |
| THE STATE OF DELAWARE, ) | |
| THE FAMILY COURT OF THE ) | |
| STATE OF DELAWARE ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

IT IS HEREBY STIPULATED between the undersigned counsel for the parties that the briefing schedule on Defendant's Motion For Summary Judgment on the substantive issues will be as follows:

| | |
|---|---|
| Plaintiff's Answering Brief and affidavits, if any | July 15, 2005 |
| Defendant's Reply Brief and affidavits, if any | July 29, 2005 |

DEPARTMENT OF JUSTICE


/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 N. French Street, Sixth Floor
Wilmington, Delaware 19801
(302) 577-8324
marc.niedzielski@state.de.us
Attorneys for Defendant

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Edward M. McNally (#614)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
emcnally@morrisjames.com
Attorneys for Plaintiff

July 14, 2005

    SO ORDERED, this ___ day of July, 2005.

_____
                                                       J.

1252966/1