# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Edward M. McNally
Partner
(302) 888-6880
emcnally@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

July 15, 2005

VIA ELECTRONIC FILING

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE. 19801

RE:  *Elberta Bernice Lieberman v. The State of Delaware, et al.*
D.Del., C.A. No. 96-523-GMS

Dear Judge Sleet:

We have today electronically filed another Stipulation extending the time for the Plaintiff to file her Answering Brief until July 15, 2005. I apologize for having to file yet another such stipulation. However, earlier in the week Ms. Lieberman was not well and I do feel a need to meet with her and explain all of the filings before they occur. Under those circumstances, I delayed this matter and hope that this enclosed Stipulation will be acceptable to the Court. Mr. Niedzielski, of course, was kind enough to agree to this stipulation.

Respectfully submitted,

Edward M. McNally

EMM:bes
Enclosure

cc:  Clerk of the District Court (via electronic filing)
     Mark P. Niedzielski, Esquire (via electronic filing)