IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELBERTA BERNICE LIEBERMAN, )
)
Plaintiff, )
)
v. ) C.A. No. 96-523-GMS
)
THE STATE OF DELAWARE, )
THE FAMILY COURT OF THE )
STATE OF DELAWARE )
)
Defendants. )

**AFFIDAVIT OF ELBERTA BERNICE LIEBERMAN**

STATE OF DELAWARE )
) SS.
NEW CASTLE COUNTY )

1. I am the Plaintiff in this action and make this affidavit based on my personal knowledge, except where I state it is based on what I believe to be true based on information supplied to me.

2. I have helped prepare and I have read the Statement of Facts set forth in the brief filed on my behalf in opposition to the Motion For Summary Judgment On Substantive Issues filed by the State of Delaware (the "State"). That Statement of Facts is accurate.

3. I filed my Application To Proceed Without Prepayment of Fees And Affidavit on October 22, 1996. Exhibit "A" is a copy of that application, as filed. The application was granted on October 31, 1996.

4. The State's violation of my rights continued after October, 1996. *See* Exhibit "B", a letter from the State, continuing to deny me reasonable accommodation and threatening me with dismissal.

Elberta Bernice Lieberman

Elberta Bernice Lieberman

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 15th day of July, 2005.

Loretta M. Lawrence

Notary Public

LORETTA M. LAWRENCE
MY COMMISSION EXPIRES OCT. 31, 2008
NOTARY PUBLIC
STATE OF DELAWARE

# EXHIBIT A

ORIGINAL

COPY

RECEIVED
OCT 22 1996
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 240 (Rev. 1/94)

# United States District Court

DISTRICT OF DELAWARE

ELBERTA BERNICE LIEBERMAN,
Plaintiff,

v.

THE STATE OF DELAWARE/THE FAMILY COURT OF THE STATE OF DELAWARE,
Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 96-523

I, Elberta Bernice Lieberman declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☐ Yes ☒ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ______

   Are you employed at the institution? ______ Do you receive any payment from the institution? ______

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   The last date I was employed was 1/31/95; the last date I worked was 10/28/94. I worked for The Family Court of the State of Delaware at 900 King Street, Wilmington, DE 19801. The amount of my last take-home salary was $983.53, which I received semi-monthly.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment Yes ☐ No ☒
   b. Rent payments, interest or dividends Yes ☐ No ☒
   c. Pensions, annuities or life insurance payments Yes ☒ No ☐
   d. Disability or workers compensation payments Yes ☒ No ☐
   e. Gifts or inheritances Yes ☐ No ☒
   f. Any other sources Yes ☒ No ☐

   My State of Delaware monthly pension is $959.85, and my my monthly SSDI is $1134.00 Twice, my sister has loaned me $145, but she needs me to immediately repay her. I have repay her $145 on 11/3/96.

If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

**NTW** ™ National Tire Warehouse

# SERVICE ESTIMATE

8 Sandlewood Dr Apt 2

Year, Make, Model, Color: 1986 Toy Tercell -

| Odometer In | Odometer Out | License No. | Written by: | Received | Terms |
|---|---|---|---|---|---|
| 143.669 | | | [illegible] | | |

| QTY | PART NO. | MANUFACTURER | DESCRIPTION | DESCRIPTION OF WORK PERFORMED | PARTS | LABOR | PARTS/LABOR TOTAL |
|---|---|---|---|---|---|---|---|
| | engine has severe oil leak. | | | | | | |
| | l/s inner socket needs to be replaced | | | | | | |
| | estimate installed parts + labor w/alignment. $134.54 | | | | | | |
| | front Desc rotors installed parts + labor $120.66 | | | | | | |

| Initial Estimate | Revised Estimate | Authorizations | Replaced parts requested by customer? |
|---|---|---|---|
| Parts ______ | Parts ______ | Time of Day______ | ☐ Yes ☐ No |
| Labor ______ | Labor ______ | Customer contacted by: ______ | |
| Tax ______ | Tax ______ | ☐ in Person | |
| Total ______ | Total ______ | ☐ on Phone #______ | |

- We will inspect your car and provide a written estimate.
- We will do only the work you authorize.
- We will not exceed the estimate without your permission.
- We will, at your request, return your old parts or hold them for your inspection.

| | |
|---|---|
| **Total Labor** | |
| **Total Parts** | |
| **Accessories** | |
| **Tax** | |
| **TOTAL** | |

I authorize the parts and labor listed above. I give you authorization to test drive the vehicle, if required.
We cannot be responsible for articles or damage to the vehicle that are reasonably beyond our control.

Signature ______________________________

FORM #11628 NATIONAL Rev. 6/96

CUSTOMER WORK ORDER COPY - NOT A RECEIPT

AO 240A (1/94)

# United States District Court

DISTRICT OF DELAWARE

ELBERTA BERNICE LIEBERMAN,
Plaintiff,

v.

THE STATE OF DELAWARE/THE FAMILY COURT OF THE STATE OF DELAWARE,
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 96-523

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☐ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 31st day of October, 1996.

Sue L Robinson
Signature of Judicial Officer

USDJ
Name and Title of Judicial Officer

**EXHIBIT B**



# The Family Court of the State of Delaware

ADMINISTRATIVE OFFICES
CARVEL STATE BUILDING
FIFTH FLOOR
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

November 17, 1994

EDWARD G. POLLARD, JR.
COURT ADMINISTRATOR

Institute of Pennsylvania Hospital
c/o Ms. Bernice Lieberman
D.D.U. - North 3
111 N. Forty-Ninth Street
Philadelphia, PA 19139

Dear Ms. Lieberman:

This is to confirm our telephone conversation of November 14, 1994 in which you requested that my office initiate, on your behalf, an application for disability pension with the State of Delaware Pension Office.

You related to me that the letter from N. Scott Stehle, M.D. to Family Court dated November 1, 1994, was to serve as the basis for your application for a State of Delaware disability pension. I indicated that Dr. Stehle's letter would be sent to the Pension Office along with your application and related benefits forms. I indicated that during the disability pay period (a three month period beginning November 1, 1994 through January 31, 1995), that Dr. Stehle would be contacted by the Medical Review Committee of the State Pension Office, for further medical information.

Enclosed is a completed State of Delaware Application for Disability Pension. Please review all information and return all three copies. Each copy must be signed individually by you and witnessed by a Notary Public. I have enclosed a self-addressed envelope for the pension application and all attached documents.

Also, we will need your birth certificate and social security card to complete the file. I would suggest that you return everything which you can as soon as possible so that your application can be filed with the Pension Office. You can add any remaining items after the initial filing.

Notwithstanding assisting you with your disability pension application, I am compelled to inform you of your status regarding the pre-decision meeting which had been scheduled for November 2, 1994.

Because I had been notified by Dr. Bauchwitz on November 1, 1994 of your inability to attend the meeting scheduled for November 2, 1994, that meeting was postponed.

At this point, your pre-decision meeting is now re-scheduled for the afternoon of the first work day when, and if, you are declared medically able to return to your position as a mediation/arbitration officer. If you are declared medically able to return to work, your work status will be suspended without pay. You will remain in the suspended without pay status until your pre-decision meeting. What this means is that if you do receive medical approval to return to work, you are not to return to work, but will be placed on suspension without pay as of that date, pending your pre-decision meeting.

If you have any questions, please do not hesitate to contact me at 577-2296.

Sincerely,

Robert S. Klosiewicz
Chief of Personnel Services

RSK/dsb

cc: Personnel File
Randall Williams, Director of Operations, NCC

attachments

**CERTIFICATE OF ELECTRONIC SERVICE**

I, Edward M. McNally, hereby certify that on July 15, 2005, I electronically filed copies of the Affidavit of Elberta Bernice Lieberman and this Certificate of Service with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

Marc P. Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Edward M. McNally (#614)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com