STATE OF DELAWARE
STATE BOARD OF PENSION TRUSTEES
AND
OFFICE OF PENSIONS
Thomas Collins Building
P. O. Box 1401
Dover, DE  19903

REPORT OF EXAMINING PHYSICIAN FORM - STATE EMPLOYEES PENSION PLAN
TITLE 29, Chapter 55, Delaware Code, As Amended

Please Type or Print

NAME: E. Bernice Lieberman          S. S. No. 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

ADDRESS: C/O Auerbach               D. O. B. April 23, 1947

7303 Brookhaven Road                SEX: Female

Philadelphia PA 19151               OCCUPATION: Mediation/Arbitration Officer

                                    TELEPHONE: (215) 477-6057

CHIEF COMPLAINT(S):
Suicidal and homicidal thoughts.
Changes in mood to extremes of angry or depression.
Difficulties in maintaining concentration.

HISTORY OF DISABLING CONDITION(S) (with date(s) of onset) Problems dating from age 17 — sx's have waxed and waned over the years. Recently worsened by stresses at work including problems related to timely completion of paperwork, (including suicidal thoughts). Notice of recommendation for dismissal on 10/27/94 led to rapid decompensation (SI) and inability to function outside of a hospital setting.

PHYSICAL EVALUATION: (11/10/94)

Height: 5'0"      Weight: 237 lbs      Blood Pressure:
                                       (both arms and label) 100/70

Is he/she a smoker?  Yes ( )  No (X)    HANDED: (L) (R)

SIGNIFICANT PHYSICAL FINDINGS:
S/P breast CA — local excision, radiation, and chemo   b/o and rehab
h/o PUD        Chronic H/As     Osteoarthritis
h/o GI bleed   Hypothyroidism

LABORATORY AND X-RAY STUDIES: (Please attach pertinent copies)
CXR — WNL
EKG — possible old inferior wall MI
NSR, prolonged QT

PRESENT SPECIFIC THERAPY (List medications, dosage, and other treatments)
Prozac 100 mg PO qd                    Other meds: [illegible]
                                                   Synthroid
Intensive insight-oriented individual psychotherapy

BL  0388

SPECIFIC DIAGNOSIS RESPONSIBLE FOR DISABILITY: _Dissociative disorder NOS_
_Borderline personality disorder_

(a) If disability is cardiac in nature, New York Heart Association Classification is required

(b) If diagnosis is of a psychiatric nature, it should correspond with DSM-IV

ALTERNATE EMPLOYMENT POSSIBLE WITH THE ABOVE LIMITATION(S): Yes ( ) No (X)

_Not at the present time._

I, _N. Scott Stehle M.D._ (~~Bernice Lieberman (error!!)~~) the undersigned, do hereby certify that in my
   Please Print or Type

judgement, the applicant/pensioner _Bernice Lieberman_ is

suffering from: DIAGNOSIS: _Dissociative disorder NOS and_
_Borderline personality disorder_

PROGNOSIS: _Indeterminate_
(Estimate duration of disability)

Would vocational rehabilitation benefit this individual? Yes (X) No ( )
_But not currently._

It is further my judgement that he/she: (Please check below in the appropriate box or boxes indicating the individual's present disability status)

( ) Is not physically able to perform the duties of his/her position/former position

(X) Is not mentally able to perform the duties of his/her position/former position

( ) Is fully able to perform the duties of his/her position/former position

Signed: _N. Scott Stehle MD_    Date: _12/26/94_

Address: _111 N. 49th St._
_Phila, PA  19139_

State Licensed in _PA_    License Certification No. _MD-042818-L_

Board Certification in _Psychiatry_

Please attach any pertinent material which you deem relevant to this individual's disability