# EXHIBIT A

# Neil Blumberg, M.D., F.A.P.A.

Diplomate, American Board of Psychiatry and Neurology
Diplomate, American Board of Forensic Psychiatry
Fellow, American Psychiatric Association

Suite 206 - Padonia Centre
30 East Padonia Road
Timonium, Maryland 21093

Telephone: 410-561-1156
Fax: 410-683-0332
e-mail:neilblumbergmd@aol.com

November 30, 2005

Edward M. McNally, Esquire
Morris, James, Hitchens and Williams, L.L.P.
Tenth Floor
222 Delaware Avenue
Wilmington, Delaware  19801-1621

Re:   Elberta Bernice Lieberman v. State of Delaware, et al
D.Del., C.A. Number 94-523-GMS

Dear Mr. McNally:

Pursuant to your request, I have completed my forensic psychiatric evaluation of Elberta Bernice Lieberman, a fifty-eight-year-old woman, who has filed suit against the State of Delaware claiming disability discrimination, retaliation and a failure to provide requested accommodations in the workplace. The purpose of this evaluation was to assess her psychiatric condition at the time that she was placed on permanent disability in 1994 and to determine whether she could have returned to work if reasonable and proper accommodations had been provided.

In accordance with the Federal Rules of Civil Procedure, Rule 26, I have enclosed a copy of my Curriculum Vitae, which includes all of my professional activities, publications and presentations, and a case list of all occasions on which I have testified as an expert, either in trial or in deposition, within the proceeding four years. In addition, I am being compensated at the rate of $400.00 for all time spent in the evaluation of Ms. Lieberman and at the hourly rate of $500.00 per hour if I am called upon to testify either in Court or in deposition.

In order to complete my evaluation, I reviewed numerous documents provided to me by your office and Ms. Lieberman, including the following:

1.    Records of Jay Weisberg, M.D.;
2.    Records from the Board of Pension Trustees for State Employees Pension Plan;
3.    Records of George Wohlreich, M.D.;
4.    Records from the Family Court of the State of Delaware;
5.    Records from the Institute of Pennsylvania Hospital;
6.    Records of Michael Guarino, M.D.;
7.    Records of Marian Droba, M.D.;
8.    Records of Jane Mathisen, M.D.;
9.    Records of Allen Gruenberg, M.D.;
10.   Records of Lynn Erb, Ph.D.;

Page 2
November 30, 2005

To:    Edward M. McNally, Esquire
Re:    Elberta Bernice Lieberman
           v. State of Delaware, et al
           D.Del., C.A. Number 94-523-GMS

11.    Deposition of Bernice Lieberman on November 8, 2004 and June 10, 2005;
12.    First Amended Complaint;
13.    Mediation case load;
14.    Performance evaluations of Bernice Lieberman;
15.    Attachment II to Disability Report to the Social Security Administration dated
        January 31, 1995 concerning Ms. Lieberman's basic duties at Family Court; and,
16.    Vocational analysis by Daniel M. Rappucci, M.A., L.R.C., L.P.C., C.R.C.

In addition to reviewing the previously noted materials, I examined Ms. Lieberman in my Timonium, Maryland office on October 10, 2005 for four hours and fifty minutes, and on October 17, 2005 for three hours and fifteen minutes. As part of my evaluation, I administered the Trauma Symptom Inventory (TSI), the Millon Clinical Multiaxial Inventory-III (MCMI-III) that was interpreted by Theodore Millon, Ph.D., D.Sc. and the Minnesota Multiphasic Personality Inventory-2 (MMPI-2) that was interpreted by Alex Caldwell, Ph.D. I also spoke by telephone with Ms. Lieberman's treating psychiatrist, Neil Schecker, M.D., on October 19, 2005 for twenty minutes.

At the onset of the evaluation, I advised Ms. Lieberman as to the nature and purpose of the evaluation, that we did not have a doctor-patient relationship, that the information we discussed would be used by me to render opinions in her legal case, that I might be called upon to prepare a report and/or testify in her case and, therefore, the information we discussed was not confidential. Ms. Lieberman understood this warning and consented to proceed with the evaluation.

Elberta Bernice Lieberman was born on April 23, 1947 and was fifty-eight years old at the time of the evaluation. Ms. Lieberman is single and denied having any children. She was the oldest of her mother's five children. Her next younger sister died at the age of twenty-three months in 1951 as a result of acute peritonitis. Her next younger brother died in 1999 at the age of forty-seven as a result of cancer. Her parents' marriage was their first and only marriage. Both of her parents are deceased, with her father dying in 1989 as a result of pneumonia and her mother dying in 1992 also as a result of pneumonia. Ms. Lieberman reported a family history of depression in her mother and autism in her nephew. She also reported a family history of alcoholism in her maternal grandfather and three maternal uncles and a history of substance abuse in two of her brothers.

The plaintiff was born in Brooklyn, New York but lived in the Bronx until the age of two, when she moved to the suburban Wilmington, Delaware area. She denied being aware of any difficulties in her mother's pregnancy with her. She reached her developmental milestones at the appropriate times and denied any childhood history of bedwetting, firesetting, cruelty to animals or temper tantrums.

Page 3
November 30, 2005

To:   Edward M. McNally, Esquire
Re:   Elberta Bernice Lieberman
         v. State of Delaware, et al
      D.Del., C.A. Number 94-523-GMS

Ms. Lieberman described an emotionally and physically abusive relationship with her mother. Many of her memories of the abuse came into her conscious awareness during the course of mental health treatment over the last ten years. However, she does have direct memories of physical and verbal abuse by her mother, which are confirmed by her siblings. Ms. Lieberman had a closer relationship with her father and did not have any direct memories of abuse by him, although she has recently "recovered" memories of abuse.

Although Ms. Lieberman's parents were Jewish, they joined the Pentecostal Church, exposing Ms. Lieberman and her siblings to regular group meetings where the participants spoke in tongues. Ms. Lieberman noted that she left the Pentecostal Church at the age of seventeen.

Ms. Lieberman initially attended parochial school for first through fourth grade and then again in sixth grade, while attending public schools for the remainder of her school years. She graduated from high school in June, 1964, after which she attended the University of Delaware, from which she graduated in June, 1968. She noted that she worked and received grants and loans during her college years and that she majored in psychology. She attended an experimental psychology graduate program at C.W. Post University for one year, did well but dropped out of the program for financial reasons. In 1972, she attended a graduate program in experimental psychology at the University of Delaware for somewhat more than one semester but dropped out of that program.

Ms. Lieberman's work experience included various sales jobs during high school and college, as well as working part-time during the school year and full-time during the summers from 1969 until 1974 at the Delaware State Hospital. From 1969 until 1972, she also worked at the Terry Children's Psychiatric Center, as well as driving a schoolbus following her discontinuation of graduate school. She noted that she became a trainee at the Delaware Family Court on February 16, 1974 and progressed to various positions within the court system. She noted that she last worked on October 28, 1994 and was granted permanent disability on February 1, 1995. She noted that she currently receives a pension from the State of Delaware, as well as Social Security Disability Income.

Ms. Lieberman denied having any direct memories of being sexually abused as a child. She did have several serious relationships in the distant past, although she denied any serious involvements with men since 1981. During the course of her more recent therapy, she reported recovered memories of sexual abuse by a variety of different individuals.

Ms. Lieberman reported first receiving mental health treatment on an outpatient basis at the age of seventeen, when she was attending the University of Delaware. At that time, she felt depressed and suicidal. She related her difficulties to problems leaving home and difficulties with her roommate. She denied receiving any medication and remained in outpatient psychotherapy for two months.

Page 4
November 30, 2005

To:     Edward M. McNally, Esquire
Re:     Elberta Bernice Lieberman
            v. State of Delaware, et al
            D.Del., C.A. Number 94-523-GMS


After graduating from University of Delaware, Ms. Lieberman again engaged in outpatient individual psychotherapy as a result of difficulties with depression. She recalled at that time being prescribed the antidepressant Elavil and being hospitalized for the first time for one week sometime in 1968.

When she returned to Delaware in August, 1969, she sought individual and group psychotherapy on an outpatient basis and noted that she has consistently remained in psychotherapy since that time. She noted that she saw several different therapists prior to her hospitalization at Wilmington Hospital in July, 1981. Ms. Lieberman noted that, at the time of her admission, she had difficulty sleeping and eating, experienced racing thoughts and found herself to be very creative, as well as self-destructive. She was subsequently transferred to the Rockford Center, where she remained for two months. She noted that she was diagnosed at that time with Manic Depressive Psychosis which later was termed Bipolar Disorder.

Ms. Lieberman stated that she was treated from July, 1981 until 1987 by Jay Weisberg, M.D., during which time she underwent psychiatric hospitalizations at the Rockford Center, Wilmington Hospital and the Institute of Pennsylvania Hospital. She noted that her primary symptoms related to depression with suicidal ideation.

Ms. Lieberman was next treated by Doctor Wohlreich at the Institute of the University of Pennsylvania Hospital in 1987, at which time she was diagnosed with Bipolar Disorder and Borderline Personality Disorder. After several months, her care was transferred to Nancy Becker, M.D., whom she continued to see over the next 4½ years. During this time, she recalled several inpatient hospitalizations at the Institute. Ms. Lieberman noted that she briefly treated with Doctor Donna Cotzen at the Institute, after which she was treated by Doctor Jane Mathisen for 2½ years, until April, 1994. She underwent a psychiatric evaluation by Doctor Allen Gruenberg, who was the first mental health professional to make a diagnosis of Dissociative Disorder. She was next treated by various other psychiatrists at the Institute, with her treatment focusing largely on dissociative issues and depression.

Ms. Lieberman stated that she has not received inpatient treatment since 1995. She is currently under the care of Neil Schecker, M.D. and carries diagnoses of Dissociative Identity Disorder, Attention-Deficit/Hyperactivity Disorder, Inattentive Type and Depression. Currently, her medications include the antidepressants Effexor, 300 mg. in the morning and Lexapro, 20 mg. in the morning, Ritalin, 20 mg. in the morning, 20 mg. in the early afternoon and 20 mg. in the later afternoon for her Attention-Deficit/Hyperactivity Disorder and the anti-anxiety medication Klonopin, 0.25 mg. at bedtime.

Page 5
November 30, 2005

To:   Edward M. McNally, Esquire
Re:   Elberta Bernice Lieberman
          v. State of Delaware, et al
          D.Del., C.A. Number 94-523-GMS

A review of Ms. Lieberman's mental health records reveals that her inpatient treatment has generally been precipitated by severe depression with suicidal ideation. There are some reports of prior manic episodes and many notations that when her depression is severe, she is unable to perform gainful employment. Prior diagnoses have included Major Depressive Disorder, Dysthymic Disorder, Bipolar Disorder, Borderline Personality Disorder, Social Phobia, Somatization Disorder, Dissociative Identity Disorder, Dissociative Disorder Not Otherwise Specified and Attention-Deficit/Hyperactivity Disorder, Inattentive Type. Over the years, she has been treated with various mood stabilizers, antidepressants and antipsychotic medications.

Ms. Lieberman's medical history is significant for a history of osteoarthritis, irritable bowel syndrome, hypothyroidism, for which she takes Synthroid, 0.1 mcg. every day, and breast cancer, for which she had a right breast lumpectomy with removal of nodes, after which she underwent radiation and chemotherapy in 1988. She denied any recurrence of her cancer. She also reported taking medication to lower her cholesterol level, as well as suffering from fibromyalgia, chronic venous insufficiency, secondary hyperparathyroidism and urinary incontinence.

According to the job description in Ms. Lieberman's report to the Social Security Administration, from June 1, 1989 until October 28, 1994, she served as a mediation/arbitration officer for the Delaware Family Court. She stated, "Primarily mediated custody, visitation, guardianship and child support petitions to see if they could be resolved by parties. Conducted child support calculations. Wrote and typed on an IBM-compatible computer the agreed-upon Court Orders resolving those petitions without a judicial hearing, referred cases for judicial hearings, and/or recommended intervisitation Orders and prepared child support cases for interim Orders by the Masters."

Ms. Lieberman acknowledged that after she was transferred to the Mediation Unit in 1989, she had difficulty keeping up with the paperwork. She noted that in the beginning of 1993, she had a meeting with her supervisors focusing on this issue which ultimately led to her staying later in order to make up for her slower pace. She stated that she made efforts to decrease her distractions and she felt that she was getting more caught up with the paperwork. She further stated that in 1993 and 1994, she hoped to obtain an accommodation from her employer so that she could attend therapy sessions twice a week as were prescribed and make up for her lost time either during her lunch hour, working later on Fridays or modifying her work schedule so that she could work after hours so she could catch up on her paperwork. She stated that she felt her supervisor was not providing adequate supervision or support, which was further exacerbating her stress and depression. She stated that when she was ultimately told that, because of her attendance and the backlog in her work, her supervisors were deciding whether she should be terminated, she became increasingly depressed, was psychiatrically hospitalized and, in fear of being terminated, filed for a disability

Page 6
November 30, 2005

To:   Edward M. McNally, Esquire
Re:   Elberta Bernice Lieberman
        v. State of Delaware, et al
        D.Del., C.A. Number 94-523-GMS

retirement. She noted that despite her prior history of mental health problems and psychiatric hospitalizations, she had always been able to improve to the point where she could return to work.

As a result of my forensic psychiatric evaluation, it is my opinion, to a reasonable degree of medical certainty, that in 1994, Elberta Bernice Lieberman was suffering from the following mental disorders:

1.      Major Depressive Disorder, Recurrent (DSM-IV-TR: 296.3), and,
2.      Personality Disorder Not Otherwise Specified with Dependent, Histrionic, Dissociative, Obsessive-Compulsive and Self-Defeating Traits (DSM-IV-TR: 301.9).

Ms. Lieberman's primary psychiatric difficulties have revolved around her Major Depressive Disorder which, over the years, has varied in intensity from Severe, Without Psychotic Features to being In Partial Remission. When her depression is in a severe state, she would have difficulty focusing, concentrating, paying attention and completing her work in a reasonable and timely fashion. With adequate outpatient treatment, however, the severity of Ms. Lieberman's depression was generally kept in the mild to moderate range, compatible with an ability to function in the work setting, especially if provided with appropriate accommodations. Although she would be unable to function in the work setting when her depression was severe and she required psychiatric hospitalizations, such hospitalizations were quite effective in significantly lessening her degree of depression, after which she had always been able to return to work.

Although I am aware that Ms. Lieberman has been diagnosed with a variety of other psychiatric disorders, including, most recently, Dissociative Identity Disorder, it is my opinion, to a reasonable degree of medical certainty, that her primary, potentially incapacitating, disorder is her Major Depression, coupled with her underlying personality disturbance.

It is my further opinion, to a reasonable degree of medical certainty, that as of Ms. Lieberman's last day of employment on October 28, 1994, with proper accommodations, Ms. Lieberman could have returned to her position with the Delaware Family Court and functioned adequately in that capacity. Appropriate and reasonable accommodations would include allowing her to attend her twice-weekly therapy sessions, allowing her the flexibility of making up her work during lunch hours, on Friday afternoons or during other hours of the day and receiving considerably more emotional support by her supervisors. It appears that a major exacerbating factor leading to

Page 7
November 30, 2005

To:    Edward M. McNally, Esquire
Re:    Elberta Bernice Lieberman
           v. State of Delaware, et al
       D.Del., C.A. Number 94-523-GMS

the deterioration in her level of functioning was the ongoing conflict and criticism with the threat of termination by her supervisors.

Respectfully submitted,

*Neil Blumberg, MD.*

Neil Blumberg, M.D., F.A.P.A.

NB:esp

Enclosures:    Curriculum Vitae
               Case List

# CURRICULUM VITAE

June, 2005

**NAME:**  Neil Howard Blumberg, M. D.

**OFFICE:**
30 East Padonia Road - Suite 206
Timonium, Maryland 21093
Telephone: (410) 561-1156
Fax: (410) 683-0332
e-mail: neilblumbergmd@aol.com

**LICENSURE:**
State of Maryland (D22343) - 1978
Commonwealth of Pennsylvania (MD-069574-L) - 1999
Commonwealth of Virginia (0101222870) - 1999
State of Georgia (48599) - 2000
State of Florida (ME81518) - 2000

**CERTIFICATION:**
Diplomate, The National Board of Medical Examiners
   (180948) - 1978
Diplomate, The American Board of Psychiatry and
   Neurology (24698) - 1983
Diplomate, The American Board of Forensic Psychiatry
   (184) - 1986

**TEACHING APPOINTMENT:**
University of Maryland School of Medicine, Institute of Psychiatry
and Human Behavior - Baltimore, Maryland

Clinical Assistant Professor in Psychiatry -

Forensic Psychiatry Faculty

Duties include Clinical Supervision of Fellows,
Residents and Medical Students and Lecturing to
Fellows, Residents and Medical Students

# PROFESSIONAL WORK EXPERIENCE:

January, 2000 – January, 2003 Forensic Psychiatric Consultant to Circuit and District Courts of Baltimore
County, Office of Forensic Services, Department of Health and Mental
Hygiene, State of Maryland

Duties Include:
- Pretrial Screening Services for Competency and Criminal Responsibility to
the Circuit and District Courts of Baltimore County
- Presentence Services to the District Court of Baltimore County

July, 1996 - July, 1997     Psychiatric Consultant - Medical Office of Circuit Court for Baltimore City

Page Two

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PROFESSIONAL WORK EXPERIENCE (Continued):**

January, 1996 - July, 1999    Director of Forensic Evaluation - Spring Grove Hospital Center - Catonsville, Maryland

Duties Included:
- Supervision of All Inpatient/Outpatient Evaluations of Competency to Stand Trial and Criminal Responsibility
- Consult on All Proposed NCR Conditional Releases
- Consult on Civilly Committed Patients
- In-Service Training on Forensic Issues
- Clinical Case Consultations

July, 1981 - Present    Private Practice of General and Forensic Psychiatry, Including:

General Psychiatry
- Adult Outpatient Individual Psychotherapy
- Psychotropic Medicine Management
- Outpatient Consultation

Forensic Psychiatry - Criminal Issues
- Competency to Stand Trial
- Criminal Responsibility/Insanity
- Intoxication
- Mens Rea
- Diminished Capacity
- Pre-Sentence Evaluations
- Capital Sentencing

- Waiver of Miranda
- Voluntariness of Confessions
- Competency to be a Witness
- Dangerousness
- Battered Spouse/Woman Syndrome
- Juvenile Transfer of Jurisdiction

Forensic Psychiatry - Civil Issues
- Personal Injury
- Workers' Compensation
- Malpractice
- Competency/Guardianship
- Sexual Harassment
- Age, Race and Sex Discrimination

- Parental Fitness
- Disability
- Fitness for Duty
- Civil Commitment
- Psychiatric Autopsy

September, 1983 - June, 1984    Director of Forensic Evaluation - Clifton T. Perkins Hospital Center - Jessup, Maryland

July, 1981 - September, 1983    Staff Psychiatrist - Clifton T. Perkins Hospital Center - Jessup, Maryland

Page Three

<u>CURRICULUM VITAE</u> (Continued)
Neil Blumberg, M. D.

Retained as an Expert in General and Forensic Psychiatry by the following offices:

<u>Criminal Defense Agencies:</u>

    Maryland Office of the Public Defender
    Public Defender Service for the District of Columbia
    Public Defender Service for Alexandria, Virginia
    Office of the Federal Public Defender, Baltimore, Maryland; Washington, District of Columbia; Wilmington, Delaware; District of New Jersey and Eastern District of Virginia
    NAACP Legal Defense Fund
    Office of the Public Defender, Camden and Essex Counties, New Jersey;
    Office of the Public Defender, Cumberland, Dauphin, Huntingdon, Lancaster, Snyder, Tioga, Union and York Counties, Pennsylvania
    Office of the Public Defender, DeKalb County, Georgia
    Office of the Public Defender, Fairfax County, Virginia
    Defender Association of Philadelphia, Federal Court Division, Capital Habeas Corpus Unit
    Center for Legal Education, Advocacy and Defense Assistance (L.E.A.D.A.)
    Center for Death Penalty Litigation, Inc., Durham, North Carolina
    New Hampshire Office of the Public Defender
    State of Florida, Office of the Public Defender, 15th Judicial Circuit, Palm Beach County
    Connecticut Office of the Public Defender

<u>Criminal Prosecution Agencies:</u>

    Office of the States Attorney for Baltimore County, Carroll, Montgomery, Prince George's and Worcester Counties, Maryland
    Office of the United States Attorney for the District of Columbia (U.S. District Court and Superior Court of the District of Columbia)
    Office of the United States Attorney for the District of Maryland
    Office of the Attorney General for the State of New Jersey
    Office of the Prosecutor for Burlington and Camden Counties, New Jersey
    Office of the Prosecutor for Baltimore City, Maryland
    Office of the District Attorney for Cumberland, Dauphin, Huntingdon, Lancaster and Mifflin Counties, Pennsylvania

Page Four

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.


Civil Agencies:

      Office of Law, Prince George's County, Maryland
      Office of Law, Anne Arundel County, Maryland
      Office of County Attorney for Baltimore County and Carroll County, Maryland
      Department of Social Services, Carroll and Harford Counties, Maryland
      Office of Personnel, Howard County, Maryland
      Baltimore County Public Schools
      Subsequent Injury Fund
      Office of Bar Counsel, Washington, D.C.
      Attorney Grievance Commission of Maryland
      Department of Law, City of Baltimore
      Maryland Commission on Judicial Disabilities
      United States Department of Justice, Office of the United States Attorney, District of Columbia
      Board of Physician Quality Assurance, Maryland
      Offices of the Attorney General for Maryland


Courts' Witness:

      United States District Courts for District of Maryland, Northern District, Baltimore, Maryland and
        Southern District, Greenbelt, Maryland
      United States District Court for Eastern District of Virginia
      Superior Court of the District of Columbia
      Circuit Courts for Baltimore County, Carroll, Harford and Prince George's Counties, Maryland
      District Courts for Baltimore County and Howard County, Maryland
      Courts of Common Pleas for Cumberland and York Counties, Pennsylvania

<u>CURRICULUM VITAE</u> (Continued)
Neil Blumberg, M. D.

<u>Qualified as an Expert in General and Forensic Psychiatry in</u>:

    All Circuit Courts of Maryland
    Superior Court of the District of Columbia
    Superior Court of Dekalb County, Georgia
    United States District Court for Wilmington, Delaware
    United States District Court for District of Columbia
    United States District Court for Northern District Illinois, Eastern Division
    United States District Courts for Baltimore and Greenbelt, Maryland
    United States District Court for Western District, North Carolina
    United States District Courts for Middle District and Eastern District of Pennsylvania
    United States District Court for Eastern District of Virginia
    Pennsylvania Court of Common Pleas for Berks County
    Pennsylvania Court of Common Pleas for Franklin County
    Pennsylvania Court of Common Pleas for Fulton County
    Pennsylvania Court of Common Pleas for Lancaster County
    Pennsylvania Court of Common Pleas for Lehigh County
    Pennsylvania Court of Common Pleas for Mifflin County
    Pennsylvania Court of Common Pleas for Philadelphia County
    Pennsylvania Court of Common Pleas for Snyder County
    Pennsylvania Court of Common Pleas for Tioga County
    Pennsylvania Court of Common Pleas for Union County
    Pennsylvania Court of Common Pleas for Westmoreland County
    Pennsylvania Court of Common Pleas for York County
    Circuit Court of Burlington County, New Jersey
    Circuit Court for Camden County, New Jersey
    Circuit Court of Alexandria, Virginia
    Circuit Court of Arlington County, Virginia
    Circuit Court of Fairfax County, Virginia
    Circuit Court of Chesapeake, Virginia
    Circuit Court of Kanawha County, West Virginia
    Naval and Marine Corps Trial Judiciary – Mid-Atlantic Circuit

Page Six

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

## ACADEMIC HISTORY:

| | |
|---|---|
| 1965 -<br>June, 1969 | Columbia High School - Maplewood, New Jersey<br>Graduated |
| September, 1969 -<br>May, 1973 | Emory University - Atlanta, Georgia<br>Bachelor of Arts<br>    Highest Honors in Psychology<br>    Member, Phi Beta Kappa |
| September, 1973 -<br>May, 1977 | George Washington University Medical School - Washington, D.C.<br>Doctor of Medicine |
| 1975 | Summer Research Fellowship from George Washington University Medical School to work at the National Institutes of Mental Health under Doctors Frederick Goodwin and Philip Gold |
| July, 1977 -<br>July, 1980 | Sheppard and Enoch Pratt Hospital - Towson, Maryland<br>Psychiatry Residency |
| July, 1980 -<br>July, 1981 | University of Maryland Hospital, University of Maryland School of Medicine, Institute of Psychiatry and Human Behavior - Baltimore, Maryland<br>Fellow in Forensic Psychiatry |
| July, 1981 -<br>July, 1991 | University of Maryland School of Medicine, Institute of Psychiatry and Human Behavior - Baltimore, Maryland<br>Clinical Instructor in Psychiatry |
| July 1991 - Present | University of Maryland School of Medicine, Institute of Psychiatry and Human Behavior - Baltimore, Maryland<br>Clinical Assistant Professor in Psychiatry |

## ACADEMIC, COMMUNITY, PROFESSIONAL ACTIVITIES:

Member, Admissions Committee - October, 1992 - July, 1999
    University of Maryland School of Medicine

FORENSIC REPORTS
    Member, Editorial Board, 1987-1992

HOSPITAL AND COMMUNITY PSYCHIATRY
    Reviewer, 1993-2000

Physician Volunteer, Disaster Mental Health Volunteer Corps, Maryland Department of Health and Mental Hygiene, January 21, 2005-Present

Page Seven

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PROFESSIONAL MEMBERSHIPS:**

Baltimore County Medical Association - 1979-1998

Medical and Chirurgical Faculty of the State of Maryland - 1979-1998

American Psychiatric Association - 1978-Present
   Fellow, January, 2003
   Member, Peer Review Committee - 1983-1987

Maryland Psychiatric Society - 1978-Present
   Member, Legislation Committee - 1981-1982
   Member, Disaster Psychiatry Committee – 2003-Present

The American Academy of Psychiatry and The Law - 1980-Present
   Member, Criminal Behavior Committee - 1987-1989
   Member, Public Information Committee - 1987-1989

**PUBLICATIONS:**

Blumberg, N. and Nowicki, S.,
   The Role of Locus of Control of Reinforcement in Interpersonal Attraction, Journal of Research in Personality, 9:48-56, 1975.

Blumberg, N.,
   Arson Update: A Review of the Literature on Firesetting, Bulletin of The American Academy of Psychiatry and The Law, 9(4):255-265, 1981.

Blumberg, N.,
   Book Review, "Issues in Forensic Psychiatry: Insanity Defense, Hospitalization of Adults, Model Civil Commitment Law, Sentencing Process, Child Custody Consultation". The American Psychiatry Association, Washington, D.C., APA Press, 1984. 257 pp. Bulletin of The American Academy of Psychiatry and The Law, 16(4):381, 1988.

Blumberg, N.,
   Book Chapter, "The Role of the Psychiatrist Expert: How To Work With Lawyers". Chapter in Simon, R. (ed.): Review of Clinical Psychiatry and the Law, Vol. 2, American Psychiatric Press, Inc., Washington, D.C., 1991.

Blumberg, N.,
   Letter to the Editor, "The Battered Woman Syndrome", The American Journal of Psychiatry. 149(5):714-715, 1992.

Blumberg, N.,
   Book Review, "Essential Papers on Posttraumatic Stress Disorder". The Journal of the American Academy of Psychiatry and Law, 28(3):376, 2000.

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:**

Grand Rounds, Institute of Psychiatry and Human Behavior, University of Maryland School of Medicine, "Workmen's Compensation", April 24, 1981.

Lecture, Towson State Mental Health Center, "The Clinical Prediction of Violence", December 9, 1981.

Lecture, Clifton T. Perkins Hospital Center, "Arson Update", February 22, 1982.

Lecture, Towson State Counseling Center, "The Clinical Prediction of Violence", May 13, 1982.

Lecture, Franklin Square Hospital, "The Clinical Prediction of Violence", May 27, 1982.

Lecture, Clifton T. Perkins Hospital Center, "The Neurological Basis of Antisocial Behavior", November 1, 1983.

Discussant, Maryland Office of the Public Defender, "Psychiatric Evaluation in Death Penalty Cases", May 19, 1983.

Lecture, Mid-Winter Meeting of the Maryland State Bar Association, Acapulco, Mexico, "Psychiatric Trauma Cases in the Courtroom", February 4, 1984.

Lecture, Springfield Hospital Center, "The Psychiatric Evaluation of Not Guilty by Reason of Insanity Patients for Dorsey Hearings", February 23, 1984.

Symposium, University of Maryland School of Medicine, "Personal Injury Litigation: A Mock Trial". Expert Psychiatric Witness for the Plaintiff, May 18, 1984.

Lecture, Office of the United States Attorney for the District of Columbia, "Competency to Stand Trial", July 11, 1984.

Lecture, Office of the United States Attorney for the District of Columbia, "Evaluation of Criminal Responsibility", October 24, 1984.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 22, 1985.

Lecture, Conference "Culture Ethnicity and Mental Health Within the Jail Setting", Sponsored by the Black Mental Health Alliance, "Assessment of Mental Illness in the Jail Setting", May 23, 1985.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 21, 1986.

Workshop, Women's Bar Association, Montgomery County Chapter, "Expert Witnesses", February 12, 1987.

Lecture, The American University School of Justice, "The Psychodynamics of Criminal Behavior", March 25, 1987.

Lecture, Office of the Public Defender for Montgomery County, "Post-traumatic Stress Disorder in Victims of Rape", April 24, 1987.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 20, 1987.

Page Nine

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, Office of the States Attorney for Montgomery County, "Post-traumatic Stress Disorder in Victims of Rape", May 20, 1987.

Lecture, 1987 Litigation Seminar sponsored by Law Office of O'Malley, Miles and Harrell, "Post-traumatic Stress Disorder in Civil Litigation", June 5, 1987.

Discussant, Maryland Association of County Civil Attorneys, Summer Symposium, "The Use and Abuse of Expert Witnesses", August 21, 1987.

Lecture, Conference, Medical and Legal Issues in Psychiatry and Psychology, Spring Grove Hospital Center, "Psychiatric Evaluation of Criminal Defendants: Competency and Criminal Responsibility", November 6, 1987.

Lecture, Georgetown University Law Center, "Forensic Psychiatry", November 10, 1987.

Lecture, Maryland Association of Private Practicing Psychiatrists, "Providing Psychiatric Testimony", December 3, 1987.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 18, 1988.

Lecture, Brown-Bag Luncheon for the D.C. Bar Association, "Psychiatric Evaluation in Capital Cases", December 7, 1988.

Lecture, The American University, "Insanity Defense", March 29, 1989.

Lecture, University of Maryland Forensic Fellowship Program, "Malpractice", August 9, 1989.

Lecture, Department of Social Services, Harford County, Maryland, "Psychiatric Interview and Diagnosis of Personality Disorders", September 26, 1989.

Lecture, University of Maryland Forensic Fellowship Program, "Expert Testimony", October 11, 1989.

Lecture, Law Offices of Semmes, Bowen and Semmes, "Working with Psychiatrists", October 12, 1989.

Lecture, University of Maryland Forensic Fellowship Program, "Assessing Specific Intent", May 9, 1990.

Lecture, University of Maryland Baltimore County (UMBC), "Psychiatric Malpractice", May 14, 1990.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 23, 1990.

Lecture, University of Maryland Forensic Fellowship Program, "Providing Psychiatric Testimony", October 10, 1990.

Lecture, Grand Rounds, Spring Grove Hospital Center, "The Psychiatric Assessment of Competency and Criminal Responsibility", October 18, 1990.

Mock Trial - "Not Guilty by Reason of Insanity", Eighth Annual Conference of Organization of Forensic Social Work, May 1, 1991.

Page Ten

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 22, 1991.

Panel Discussant, "Psychiatric Evidence in Criminal Cases: The New (and not-new) Syndromes", 16th Annual Judicial Conference of the District of Columbia, June 14, 1991.

Lecture, "Safety in Forensic Psychiatry", Task Force on Clinician Safety, American Psychiatric Association, Fall Component Meetings, Washington, D.C., September 11, 1991.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, September 20, 1991.

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, October 25, 1991.

Lecture, "Providing Psychiatric Testimony and Mock Trial", University of Maryland Psychiatry Fellowship Program, October 23, 1992.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, November 13, 1992.

Lecture, "Arson Update", Clifton T. Perkins Hospital Center, March 2, 1993.

Case Presentation, "Anabolic Steroids and the Insanity Defense", Medical Office for the Circuit Court for Baltimore City, March 18, 1993.

Lecture, "Mental Status Examinations and Police Reports", Metropolitan Police Department, Criminal Investigation Division Seminar, Washington, May 4, 1993.

Lecture, "Psychiatric Malpractice", University of Maryland, Baltimore County, Catonsville, Maryland, May 11, 1993.

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, September 10, 1993.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, November 5, 1993.

Lecture, "Assessment of the Suicidal Patient", University of Maryland Emergency Medicine Grand Rounds, April 20, 1994.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 18, 1994.

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, September 23, 1994.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 2, 1994.

Guest Participant, "Direct and Cross -- Fact and Expert Witness", The William B. Bryant American Inn of Courts, Washington, D.C., January 10, 1995.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 17, 1995.

Page Eleven

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, September 22, 1995.

Lecture, "Risk Assessment in Violent Patients", Baltimore County Bureau of Mental Health, National Center for Human Development, Sheppard and Enoch Pratt Hospital, November 29, 1995.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 1, 1995.

Lecture, "Risk Assessment in Violent Patients", Baltimore County Bureau of Mental Health, National Center for Human Development, Sheppard and Enoch Pratt Hospital, March 7, 1996.

Grand Rounds, "Surviving Civil Commitment and Dorsey Hearings", Spring Grove Hospital Center, April 18, 1996.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 22, 1996.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, September 13, 1996.

Lecture, "The Non-Insanity Defense", Maryland Criminal Defense Attorney Association, Baltimore, Maryland, October 2, 1996.

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, November 1, 1996.

Lecture, "The Assessment of Competency to Stand Trial and Criminal Responsibility", In-Service Training, Spring Grove Hospital Center, January 22, 1997.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, September 19, 1997.

Lecture, "Forensic Psychiatry", Criminal Justice Clinic, Georgetown University School of Law, Washington, D.C., October 13, 1997.

Lecture, "Personal Injury Evaluations", University of Maryland Forensic Fellowship Program, October 16, 1997.

Lecture, "Forensic Psychiatry and Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, October 31, 1997.

Lecture, "Workers' Compensation Evaluations", University of Maryland Forensic Fellowship Program, November 24, 1997.

Lecture, "Psychiatric Disability Evaluations", University of Maryland Forensic Fellowship Program, December 22, 1997.

Lecture, "Private Practice of Forensic Psychiatry and Specific Intent in Criminal Cases", University of Maryland Forensic Fellowship Program, January 14, 1998.

Lecture, "Harassment, Discrimination and Other E.E.O.C. Complaints", University of Maryland Forensic Fellowship Program, March 5, 1998.

Page Twelve

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Consulting with a Forensic Psychiatrist", Office of Public Defender for Montgomery County, March 25, 1998.

Lecture, "Competency to Stand Trial", April Social Work Seminar, Spring Grove Hospital Center, April 2, 1998.

Lecture, "The Forensic Psychiatric Evaluation in Capital Sentencing Cases", University of Maryland Forensic Fellowship Program, April 23, 1998.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 20, 1998.

Lecture, "The Forensic Psychiatric Evaluation in Civil Litigation", University of Maryland Forensic Fellowship Program, June 12, 1998.

Lecture, "The Assessment of Criminal Responsibility", June Social Work Seminar, Spring Grove Hospital Center, June 18, 1998.

Lecture, "Introduction to the Private Practice of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, July 27, 1998.

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Matters", University of Maryland Forensic Fellowship Program, August 10, 1998.

Lecture, "The Evaluation of Psychiatric Disability", University of Maryland Forensic Fellowship Program, September 22, 1998.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, October 9, 1998.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, October 16, 1998.

Lecture, "Incest, Multiple Murder, The Death Penalty and Competency to Stand Trial", Grand Rounds, Forensic Case Presentations, Spring Grove Hospital Center, October 22, 1998.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, November 5, 1998.

In-Service Training, "Outpatient Evaluation of Competency to Stand Trial and Criminal Responsibility, Spring Grove Hospital Center, November 9, 1998.

Lecture, "Sexual Harassment, Discrimination and Other E.E.O.C. Complaints", University of Maryland Forensic Fellowship Program, November 12, 1998.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, November 18, 1998.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 17, 1998.

Lecture, "Specific Intent", University of Maryland Forensic Fellowship Program, January 21, 1999.

Page Thirteen

<u>CURRICULUM VITAE</u> (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Competency to Waive Appeals in Death Penalty Litigation", University of Maryland Forensic Fellowship Program, March 2, 1999.

Lecture, "Discrimination and Other E.E.O.C. Issues", University of Maryland Forensic Fellowship Program, March 18, 1999.

Lecture, "Issues in Civil Forensic Practice", University of Maryland Forensic Fellowship Program, April 1, 1999.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, May 27, 1999.

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, June 4, 1999.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, June 11, 1999.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, August 4, 1999.

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Matters", University of Maryland Forensic Fellowship Program, September 13, 1999.

Expert Testimony, "Malingering Incompetence", University of Maryland Forensic Fellowship Program, October 18, 1999.

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, November 12, 1999.

Lecture, "Battered Woman Syndrome", University of Maryland Forensic Fellowship Program, November 15, 1999.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, December 2, 1999.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 3, 1999.

Lecture, "The Forensic Psychiatric Evaluation of Violence and Aggression", John Jay College of Criminal Justice, New York, New York, December 8, 1999.

Lecture, "Update on Forensic Psychiatry - Posttraumatic Mental Disorders", Maryland Self-Insurers' and Employers' Compensation Association, December 9, 1999.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, December 10, 1999.

Lecture, "Psychiatric Aspects of Workers' Compensation", University of Maryland Forensic Fellowship Program, December 13, 1999.

Lecture, "Evaluation of Psychiatric Disability", University of Maryland Forensic Fellowship Program, January 10, 2000.

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "The Forensic Psychiatric Evaluation in Capital Sentencing Cases", University of Maryland Forensic Fellowship Program, February 14, 2000.

Lecture, "The Private Practice of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, May 1, 2000.

Lecture, "True and False Confessions", University of Maryland Forensic Fellowship Program, June 8, 2000.

Lecture, "Overview of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, July 10, 2000.

Lecture, "Psychiatric Assessment in Workers' Compensation Cases", University of Maryland Forensic Fellowship Program, July 21, 2000.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, August 14, 2000.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, August 25, 2000.

Lecture, "Psychiatric Disability", University of Maryland Forensic Fellowship Program, September 11, 2000.

Lecture, "The Forensic Assessment of Complex Capital Defendants", Conference: New Assessment and Treatment for Criminal Defendants Diagnosed with Personality Disorders, Broward County Public Defender's Office and the Florida Public Defender Association, Fort Lauderdale, Florida, September 13, 2000.

Panel Discussion, "Misdiagnosis in Forensic Settings", Conference: New Assessment and Treatment for Criminal Defendants Diagnosed with Personality Disorders, Broward County Public Defender's Office and the Florida Public Defender Association, Fort Lauderdale, Florida, September 13, 2000.

Case Presentation and Discussion, Conference: New Assessment and Treatment for Criminal Defendants Diagnosed with Personality Disorders, Broward County Public Defender's Office and the Florida Public Defender Association, Fort Lauderdale, Florida, September 13, 2000.

Lecture, "The Forensic Psychiatric Assessment in Personal Injury Matters", University of Maryland Forensic Fellowship Program, September 25, 2000.

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, November 7, 2000.

Lecture, "Specific Intent and Other *Mens Rea* Defenses", University of Maryland Forensic Fellowship Program, December 4, 2000.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 8, 2000.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, December 20, 2000.

Page Fifteen

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.


**PRESENTATIONS:** (Continued)

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., January 10, 2001.

Lecture, "Workers' Compensation Evaluation", University of Maryland Forensic Fellowship Program, February 12, 2001.

Lecture, "Private Practice of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, March 12, 2001.

Forensic Case Presentation, "Multiple Murder, Rape, Major Mental Illness, Neurological Impairment, Insanity and the Death Penalty", Spring Grove Hospital Center, March 29, 2001.

Lecture, "Violence Risk Assessment", University of Maryland Forensic Fellowship Program, April 2, 2001.

Lecture, "Harassment, Discrimination and Other E.E.O.C. Complaints", University of Maryland Forensic Fellowship Program, May 7, 2001.

Lecture, "True and False Confessions", University of Maryland Forensic Fellowship Program, June 8, 2001.

Lecture, "Forensic Psychiatry and Its Uses in Criminal Cases: An Update", Maryland Criminal Defense Attorneys Association, Baltimore, Maryland, June 12, 2001.

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Matters", University of Maryland Forensic Fellowship Program, August 6, 2001.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, September 10, 2001.

Lecture, "The Forensic Psychiatric Evaluation in Capital Sentencing Cases", University of Maryland Forensic Fellowship Program, October 1, 2001.

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, November 16, 2001.

Lecture, "Harassment, Discrimination and Other E.E.O.C. Complaints", University of Maryland Forensic Fellowship Program, November 19, 2001.

Lecture, "The Uses of Psychological Testing in the Forensic Psychiatric Evaluation", University of Maryland Forensic Fellowship Program, December 3, 2001.

Lecture, "The Forensic Psychiatric Evaluation of Posttraumatic Stress Disorder", M. Hayes and Associates, Timonium, Maryland, December 5, 2001.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 14, 2001.

Lecture, "Expert Witness", Trial Advocacy Program, Maryland Institute for Continuing Professional Education for Lawyers, Inc., January 9, 2002.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, January 17, 2002.

Page Sixteen

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "The Psychiatric Autopsy", University of Maryland Forensic Fellowship Program, February 18, 2002.

Lecture, "Psychiatry and the Expert Witness" Medical Malpractice Course for Professor Barry Steelman, University of Baltimore, School of Law, February 18, 2002.

Lecture, "The Private Practice of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, March 25, 2002.

Lecture, "Competency Issues in Capital Cases", Conference: Defending a Capital Case in Virginia XIV, Mental Issues in Capital Cases, Virginia Capital Case Clearing House and Washington and Lee University School of Law, Lexington, Virginia, April 5, 2002.

Lecture, "True and False Confessions", University of Maryland Forensic Fellowship Program, May 31, 2002

Lecture, "Psychiatric Evaluation in Personal Injury Matters", University of Maryland Forensic Fellowship Program, September 9, 2002

Lecture, "Workers' Compensation Evaluation", University of Maryland Forensic Fellowship Program, November 4, 2002

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, November 15, 2002

Lecture, "The NCR Plea From Start to Finish", Baltimore County Bar Association, Criminal Law Committee, Towson, Maryland, November 20, 2002

Lecture, "Forensic Psychiatry", University of Baltimore School of Law, Law and Psychiatry Course for the Honorable George Lipman, November 21, 2002

Lecture, "Expert Witness", Trial Advocacy Program, Maryland Institute for Continuing Professional Education for Lawyers, Inc., January 8, 2003

Lecture, "Psychiatry and the Expert Witness" Medical Malpractice Course for Professor Barry Steelman, University of Baltimore, School of Law, February 26, 2003

Lecture, "Private Practice of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, March 14, 2003

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, April 11, 2003

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, May 7, 2003

Lecture, "Forensic Psychiatry", University of Baltimore School of Law, Law and Psychiatry Course for the Honorable George Lipman, July 7, 2003

Lecture, "Psychiatric Evaluation in Personal Injury Matters", University of Maryland Forensic Fellowship Program, July 28, 2003

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, October 31, 2003

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, November 6, 2003

Lecture, "Mitigation: Investigation, Coordination, Organization and Presentation", Eleventh Annual Capital Defense Workshop, Virginia Bar Association, Richmond, Virginia, November 7, 2003

Lecture, "Forensic Psychiatry", University of Baltimore School of Law, Law and Psychiatry Course for the Honorable George Lipman, November 20, 2003

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, November 21, 2003

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Cases", Defense Litigation Seminar, 2004, Greenbelt, Maryland, April 1, 2004

Panel/Lecture, "Mental Health Issues and the Death Penalty", Symposium 2004: The Death Penalty in the United States: Exploring Modern Implications, University of Maryland School of Law, April 14, 2004

Lecture, "Forensic Psychiatry", University of Baltimore School of Law, Law and Psychiatry Course for The Honorable George Lipman, June 30, 2004

Lecture, "Introduction to Forensic Psychiatry", University of Maryland Forensic Fellowship Program, July 26, 2004

Lecture, "Psychiatric Aspects of Workers' Compensation", University of Maryland Forensic Fellowship Program, August 9, 2004

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Cases", University of Maryland Forensic Fellowship Program, August 30, 2004

Lecture, "Maryland's Insanity Defense: An Analysis of Maryland v. Francis Zito", The Eighth Annual Symposium on Mental Health Disability and the Law, Department of Health and Mental Hygiene, Mental Hygiene Administration and Office of Forensic Services, Reisterstown, Maryland, September 10, 2004

Lecture, "Psychiatric Aspects of Workers' Compensation", University of Maryland Forensic Fellowship Program, September 27, 2004

Lecture, "How to Work With Experts", Office of the Public Defender, Experts Training Case Study, Trenton, New Jersey, October 20, 2004

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, October 25, 2004

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, October 29, 2004

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, November 19, 2004

Lecture, "Civil Competency/Guardianship", University of Maryland Forensic Fellowship Program, November 22, 2004

Page Eighteen

<u>CURRICULUM VITAE</u> (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Psychiatric Evaluation in Capital Cases", University of Maryland Forensic Fellowship Program, November 22, 2004

Lecture, "Forensic Psychiatry", University of Baltimore School of Law, Law and Psychiatry Course for The Honorable George Lipman, November 23, 2004

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, April 15, 2005

Lecture, "Sexual Harassment", University of Maryland Forensic Fellowship Program, May 23, 2005

Lecture, "Confessions", University of Maryland Forensic Fellowship Program, May 27, 2005

## 2001 - Civil Cases

| CASE | JURISDICTION | RETAINED BY | TESTIMONY |
|------|--------------|-------------|-----------|
| Feder v. Provident Life | Federal - Alexandria, Virginia | Defense | Deposition and Court |
| Poux v. AHP | Federal - Harrisburg, Pennsylvania | Defense | Deposition |
| Robles v. Prince George's County | Federal - Hyattsville, Maryland | Plaintiff | Deposition |
| Hogue v. The Sam's Club | Federal - Hyattsville, Maryland | Defense | Court |
| Head v. INOVA/Fairfax Hospital | Fairfax County, Virginia | Plaintiff | Deposition and Court |
| Aresteh v. MBNA America | Federal - Wilmington, Delaware | Defense | Deposition |
| U.S. v. Carpio | Federal - Baltimore, Maryland | Defense | Deposition |
| Attorney Grievance Commission v. Gordon Tayback | Baltimore City | Defense | Administrative Hearing |
| Hyatt v. Sapir | Baltimore City | Defense | Deposition |
| Reyes v. Coldren | Federal - Philadelphia, Pennsylvania | Plaintiff | Court |
| Estate of Isabelle Vaughn | Harford County, Maryland | Defense | Deposition |

## <u>2001</u> - Criminal Cases

| | | | |
|---|---|---|---|
| Commonwealth v. Dennis Counterman | Lehigh County, Pennsylvania | Defense | Court |
| U.S. v. Constance Waugh | Federal - Baltimore | Defense | Court |
| Commonwealth v. Michael Singley | Franklin County, Pennsylvania | Defense | Court |
| State v. Michael Thomas | Prince George's County, Maryland | Defense | Court |
| Commonwealth v. Gregory Murphy | Alexandria, Virginia | Defense | Court |
| Commonwealth v. Dale Bickel | Union County, Pennsylvania | Defense | Court |
| Commonwealth v. Mildred Haley | Fairfax County Juvenile Domestic Relations, Virginia | Defense | Court |
| Commonwealth v. Sterling Fisher | Fairfax County, Virginia | Defense | Court |
| Commonwealth v. Patricia Cameron | Lancaster County, Pennsylvania | Defense | Court |
| State v. Rodney Harris | Baltimore City, Maryland | Defense | Administrative Hearing |
| Commonwealth v. Frank Seehousen | York, Pennsylvania | Defense | Court |
| Commonwealth v. Teddy Araya | Arlington, Virginia | Defense | Court |
| State v. Robert Lucas | Montgomery County, Maryland | Defense | Court |
| State v. Jeffrey Otzelberger | Washington County, Maryland | Defense | Court |
| State v. Ian Parker | Howard County, Maryland | Defense | Court |
| State v. John Peay | Montgomery County, Maryland | Defense | Court |
| State v. Louis Demar | Montgomery County, Maryland | Defense | Court |
| Commonwealth v. Jonna Johnson | Franklin County, Pennsylvania | Defense | Court |
| Commonwealth v. William Stankewicz | York County, Pennsylvania | Defense | Court |
| State v. Robert Vandegrift | Charles County, Maryland | Defense | Court |
| State v. Paul Winston | Prince George's and Montgomery Counties, Maryland | Defense | Court |
| State v. Brett Gardner | Anne Arundel County, Maryland | Defense | Court |

## 2002 - Civil Cases

| CASE | JURISDICTION | RETAINED BY | TESTIMONY |
|---|---|---|---|
| Blanche Matthews v. Baltimore City Department of Social Services | Baltimore City | Plaintiff | Court |
| In Re Christine and Karen Aschenbrenner | Carroll County | Carroll County Department of Social Services | Court |
| Board of Physician Quality Assurance v. Omar Omland, M.D. | Maryland | Plaintiff | Administrative Hearing |
| Poe v. Schonwald | Baltimore County | Defense | Court |

## 2002 - Criminal Cases

| | | | |
|---|---|---|---|
| State v. Joshua Moskowitz | Baltimore County | Defense | Court |
| State v. Daniel Asbe | Montgomery County | Defense | Court |
| Commonwealth v. Dale C. Smith | Alexandria, Virginia | Defense | Court |
| Commonwealth v. Dale Bickel | Union County, Pennsylvania | Defense | Court |
| State v. Kristopher Hickson | Allegany County | Defense | Court |
| State v. Francis Zito | Wicomico County | Defense | Court |
| State v. Stephen Y. Washko | Anne Arundel | Defense | Court |
| State v. Cortez Carroll | Prince George's County | Defense | Court |
| State v. Ronald Norcome | Charles County | Defense | Court |
| State v. William Lewis | Dorchester County | Defense | Court |
| Commonwealth v. Timothy Innerst | York County, Pennsylvania | Defense | Court |
| Commonwealth v. Gabriel Antonio | Arlington County, Virginia | Defense | Court |
| State v. Gary Hancock | Montgomery County | Defense | Court |
| State v. Adele Freeman | Calvert County | Defense | Court |
| State v. John Lutz | Montgomery County | Defense | Court |
| State v. Charles Edmonds | Montgomery County | Defense | Court |
| U.S. v. Everett Jennings | Superior Court, District of Columbia | Defense | Court |
| State v. Keith Ayres | Montgomery County | Defense | Court |
| State v. Burt Caudill | Harford County | Defense | Court |
| Commonwealth v. Landon May | Lancaster County, Pennsylvania | Defense | Court |

## 2003 - Civil Cases

| CASE | JURISDICTION | RETAINED BY | TESTIMONY |
|------|-------------|-------------|-----------|
| In Re William Herbst | York, Pennsylvania | Defense | Court |
| Pappas v. Amtrak | U.S. District Court, Greenbelt | Defense | Court |
| Tsimmerman v. McDonald's | Baltimore County | Defense | Binding Arbitration |
| Davidson v. Davidson | Anne Arundel County | Defense | Deposition |

## 2003 - Criminal Cases

| | | | |
|------|-------------|-------------|-----------|
| State v. Ryan Baird | Montgomery County | Defense | Court |
| Commonwealth v. Jefferson Williams | Alexandria, Virginia | Defense | Court |
| State v. Rodney Stanley | Howard County | Defense | Court |
| U.S. v. Gordon Thomas | Federal - Baltimore | Defense | Court |
| State v. Keith Ayres | Montgomery County | Defense | Court |
| Commonwealth v. Jose Torres | York, Pennsylvania | Defense | Court |
| Commonwealth v. Derrick Cramer | York, Pennsylvania | Defense | Court |
| State v. Morrice Smith | Baltimore County | Defense | Court |
| State v. Sekou Braxton-Brown | Montgomery County | Defense | Court |
| Commonwealth v. Anthony Fletcher | Philadelphia, Pennsylvania | Defense | Court |
| State v. Patricia Stotelmyer | Washington County | Defense | Court |
| State v. Vernon Beander | Baltimore City | Defense | Court |
| State v. Terrence Lane | Baltimore City | Defense | Court |
| Commonwealth v. Michael Giron | York, Pennsylvania | Defense | Court |
| State v. James Logan | Prince George's County | Defense | Court |
| Commonwealth v. Lee Malvo | Chesapeake, Virginia | Defense | Court |

## 2004 - Civil Cases

| CASE | JURISDICTION | RETAINED BY | TESTIMONY |
|------|-------------|-------------|-----------|
| Rosalyn Wynn | Baltimore City | Plaintiff | Arbitration |
| Nester v. Union Hospital | Cecil County | Plaintiff | Deposition |
| Margaret Jones v. Value Village | Prince George's County | Defense | Court |
| Harold Hodge v. George Petros | Prince George's County | Defense | Deposition and Court |

## 2004 - Criminal Cases

| | | | |
|------|-------------|-------------|-----------|
| Commonwealth v. Jose Torres | York, Pennsylvania | Defense | Court |
| Commonwealth v. Ronald Puksar | Berks County, Pennsylvania | Defense | Court |
| Commonwealth v. William Cleary | Franklin County, Pennsylvania | Defense | Court |
| State v. Ernest Washington | Prince George's County | Defense | Court |
| Commonwealth v. Andre Thompson | Philadelphia County, Pennsylvania | Defense | Court |
| Commonwealth v. Thomas Swarey | Snyder County, Pennsylvania | Defense | Court |
| State v. Clarence Mack | Montgomery County | Defense | Court |
| State v. Carole Quillen | Somerset County | Defense | Court |
| State v. Thomas Trantino | Camden, New Jersey | Defense | Court |
| U.S. v. Ryan Grimes | Federal - Baltimore | Defense | Court |
| U.S. v. Jose Mendez | Federal - Alexandria, Virginia | Defense | Court |
| State v. Andre Roundtree | Harford County | Defense | Court |
| U.S. v. Traci Brown | Federal - Alexandria, Virginia | Defense | Court |
| State v. Cory Barnes | Baltimore City | Defense | Court |
| Commonwealth v. Richard Anstine | York, Pennsylvania | Defense | Court |
| U.S. v. Howard McAllister | Federal - D.C. | Defense | Court |
| State v. Vernon Beander | Baltimore City | Defense | Court |
| State v. Kenneth Abend | Anne Arundel County | Defense | Court |
| State v. Edward Day | Baltimore City | Defense | Court |

## 2005 - Civil Cases

| CASE | JURISDICTION | RETAINED BY | TESTIMONY |
|------|--------------|-------------|-----------|
| Dwight Isaacs v. Howard Kessler | Baltimore County | Defense | Deposition |
| Amy Bibighaus v. Correctional Services Corporation | Baltimore County | Defense | Deposition |
| Kevil Virgil v. Doctor Johnson | Howard County | Plaintiff | Deposition |
| Estate of Eric Morrison v. The Chemical Trader | Federal - Baltimore | Plaintiff | Deposition |
| Joyce Birdsall v. United Parcel Service, Inc. | Federal - Baltimore | Defense | Deposition |
| Stout v. Frederick Memorial Hospital | Federal - Baltimore | Plaintiff | Deposition |
|  |  |  |  |

## 2005 - Criminal Cases

| State v. Maurice Blackwell | Baltimore City | Defense | Court |
|---------------------------|----------------|---------|-------|
| United States v. Cornell McClure | U.S. District Court - Maryland | Prosecution | Court |
| U.S. v. Amy Peterson | Naval and Marine Corps Trial Judiciary Mid-Atlantic Circuit | Defense | Court - Two Appearances |
| State v. Monalisa Mackey | Baltimore City | Defense | Court |
| Commonwealth v. Tarrence Hendley | Mifflin County, Pennsylvania | Prosecution | Court |
| Commonwealth v. Bryan Wright | Cumberland County, Pennsylvania | Defense | Court |
| State v. Saeid Saeidian | Howard County | Defense | Court |
| State v. Brent Mays | Baltimore City | Defense | Court |
| Commonwealth v. Brandon Prout | York, Pennsylvania | Defense | Court |
| U.S. v. David Hammer | Federal - Pennsylvania | Defense | Court |
| U.S. v. Scotty Vaughn | Superior Court of District of Columbia | Defense | Court |
|  |  |  |  |