IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELBERTA BERNICE LIEBERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 96-523-GMS |
| ) | |
| THE STATE OF DELAWARE, ) | |
| THE FAMILY COURT OF THE ) | |
| STATE OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

**<u>AMENDED SCHEDULING ORDER</u>**

This _____ day of January, 2006, the Court having considered a request for an extension consented to by the parties with respect to the filing of the pre-trial order and jury instructions:

IT IS ORDERED that paragraph 9 of the Scheduling Order entered in this action is hereby amended to permit the filing of the pre-trial order and jury instructions on January 11, 2006.

_____
United States District Judge

Date _____, 2006

1327519/1

1