IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELBERTA BERNICE LIEBERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 96-523-GMS |
| ) | |
| THE STATE OF DELAWARE, ) | |
| THE FAMILY COURT OF THE ) | |
| STATE OF DELAWARE ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF ELBERTA BERNICE LIEBERMAN'S
PROPOSED SPECIAL VOIR DIRE QUESTIONS**

Pursuant to Rule 47.1(a) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, in addition to the Court's standard questions, Plaintiff Elberta Bernice Lieberman requests that the Court ask prospective jury members the following questions:

1.  Have you or an immediate family member ever been sued for violating the Americans with Disabilities Act, the Rehabilitation Act, or otherwise been sued for employment discrimination? If so please identify the person sued, the nature of your relationship to the person sued, and the nature of the claim.

2.  Have you ever known anyone who suffered from a debilitating mental illness? If so please identify your relationship with that person, and the nature of the illness.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Edward M. McNally (#614)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899
(302) 888-6800
emcnally@morrisjames.com
Attorney for Plaintiff
Elberta Bernice Lieberman

January 11, 2006

1331064/1