IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELBERTA BERNICE LIEBERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 96-523-GMS |
| | ) | |
| THE STATE OF DELAWARE, | ) | |
| THE FAMILY COURT OF THE | ) | |
| STATE OF DELAWARE | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO CHANGE THE CAPTION

The above parties by and through their attorneys hereby agreed and stipulate that the caption be changed to read a single defendant as "THE FAMILY COURT OF THE STATE OF DELAWARE" and to delete the phrase "THE STATE OF DELWARE."


/s/ Edward M. McNally              January 26, 2006
Edward M. McNally (#614)           Date
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899
(302) 888-6800
Attorneys for Plaintiff
Elberta Bernice Lieberman

| | |
|---|---|
| /s/ Marc P. Niedzielski | January 26, 2006 |
| Marc P. Niedzielski (#2616) | Date |
| Ilona M. Kirshon (#3705 ) | |
| STATE OF DELAWARE | |
| DEPARTMENT OF JUSTICE | |
| Carvel State Office Building | |
| 820 North French Street | |
| Wilmington, DE  19801 | |
| Attorneys for Defendant | |

**IT IS SO ORDERED this    day of        , 2006**

_____
**United States District Judge**