# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Edward M. McNally
(302) 888-6880
emcnally@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

January 26, 2006

**VIA CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

RE: Lieberman v. State of Delaware, et al.
U.S.D.C., C.A. No. 96-523-GMS

Dear Judge Sleet:

Marc Niedzielski and I have agreed on the enclosed proposed Amended Scheduling Order. We are at the Court's convenience should Your Honor have any questions or comments about the proposed Scheduling Order.

Respectfully Submitted,

Edward M. McNally (#614)

EMM/lpt
Enclosure
cc: Clerk of the District Court (via CM/ECF)
    Marc P. Niedzielski, Esquire (via CM/ECF)

1342882/1