IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELBERTA BERNICE LIEBERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | C.A. No. 96-523-GMS |
| ) | |
| THE STATE OF DELAWARE, ) | |
| THE FAMILY COURT OF THE ) | |
| STATE OF DELAWARE ) | |
| ) | |
| Defendant.   ) | |

### AMENDED SCHEDULING ORDER

This ____ day of _____, 2006, the Court having conducted a Rule 16 scheduling conference on January 24, 2006 and the parties having been heard:

IT IS ORDERED that:

1. <u>Discovery</u>. All fact discovery shall be initiated so that it will be completed on or before March 28, 2006. Rebuttal expert reports are due by May 15, 2006. Any supplemental reports are due by June 15, 2006. Any expert depositions shall be taken after that expert's report is filed and shall be concluded by June 30, 2006.

2. <u>Discovery Matters</u>. Should counsel find they are unable to resolve a discovery matter, the party seeking the relief shall contact Chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight (48) hours prior to the conference, by hand delivery or facsimile at (302) 573-6472, the party seeking relief shall file with the court a letter agenda not to exceed two (2) pages outlining the issues in dispute. Should the court find further briefing necessary upon conclusion of the telephone conference, the court shall order the party seeking relief to file with the court a

two page letter, exclusive of exhibits, describing the issue sin contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than two pages. The party seeking relief may then file a reply letter of no more than two pages within three (3) days from the date of service of the answering letter.

    3.    <u>Confidential Information and Papers Filed Under Seal</u>. Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within ten (10) days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

    4.    <u>Case Dispositive Motions</u>. All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before July 10, 2006. Briefing will be presented pursuant to the Court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval.

    5.    <u>Applications by Motion</u>. Except as provided in this Order or for matters relating to scheduling, any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

    6.    <u>Oral Argument</u>. If the Court believes that oral argument is necessary, the Court will schedule a hearing pursuant to Local Rule 7.1.4.

7. <u>Pretrial Conference</u>. On October 10, 2006, the Court will hold a Pretrial Conference in Chambers with counsel beginning at 10:00 a.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). Thirty (30) days before the joint proposed pretrial order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order. Motions *in limine*: No party shall file more than ten (10) motions *in limine*. Briefs (opening, answering and reply) on all motions *in limine* shall be filed by September 25, 2006. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the court the joint proposed final pretrial order with the information required by the Local Rules on or before September 18, 2006.

8. <u>Trial</u>. This matter is scheduled for a four (4) day jury trial beginning at 9 a.m. on October 30, 2006.

9. <u>Scheduling</u>. The parties shall direct any requests or questions regarding the scheduling and management of this matter to Chambers at (302) 573-6470.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

MORRIS, JAMES, HITCHENS & WILLIAMS LLP


/s/ Edward M. McNally
Edward M. McNally (#614)
222 Delaware Avenue, Tenth Floor
P.O. Box 2306
Wilmington, Delaware 19899
(302) 888-6800
emcnally@morrisjames.com
Attorney for Plaintiff
Elberta Bernice Lieberman

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Ilona M. Kirshon (#3705)
Carvel State Office Building
820 North French Street
Wilmington, Delaware 19801
(302) 577-8324
Marc.Niedzielski@state.de.us
Attorneys for Defendants