# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELBERTA BERNICE LIEBERMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | C.A. No. 96-523-GMS |
| | : | |
| THE FAMILY COURT OF THE | : | |
| STATE OF DELAWARE, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Defendant hereby appeals the denial of Eleventh Amendment immunity in the District Court's January 19, 2006 Order to the United States Court of Appeals for the Third Circuit.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        */s/* Marc P. Niedzielski
        Marc P. Niedzielski (#2616)
        Ilona M. Kirshon (#3705)
        Deputy Attorneys General
        820 North French Street, 6th Floor
        Wilmington, DE 19801
        Attorneys for the Defendant

DATED: February 6, 2006

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELBERTA BERNICE LIEBERMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 96-523-GMS |
| | : | |
| THE FAMILY COURT OF THE STATE OF DELAWARE, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I certify that on February 6, 2006, I electronically served a copy of Defendant's Notice of Appeal on the following individual(s):

**Edward M. McNally, Esquire**
**222 Delaware Avenue, 10th Floor**
**P.O. Box 2306**
**Wilmington, DE 19899**
**Attorney for the Plaintiff**
emcnally@morrisjames.com

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street
6th Floor
Wilmington, DE 19801