# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Edward M. McNally
(302) 888-6880
emcnally@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

October 5, 2006

**VIA CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE  19801

RE:   *Lieberman v. State of Delaware, et al.*
      U.S.D.C., C.A. No. 96-523-GMS

Dear Judge Sleet:

This will confirm my telephone call to your office. This action is still on appeal to the Third Circuit Court of Appeals. Hence, it is my understanding that no further proceedings may take place in the Delaware District Court until that appeal is resolved and this matter is returned to the District Court.

Respectfully Submitted,

*/s/ Edward M. McNally*

Edward M. McNally (#614)
emcnally@morrisjames.com

EMM/gca
cc:   Clerk of the District Court (via CM/ECF)
      Marc P. Niedzielski, Esquire (via CM/ECF)