

| | | |
|---|---|---|
| **JOSEPH R. BIDEN, III**<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

May 3, 2007

The Honorable Gregory M. Sleet
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RE: **Lieberman v. Family Court of the State of Delaware**
   **C.A. No. 96-cv-523-GMS**

Dear Judge Sleet:

The parties have resolved this matter by settlement through the Third Circuit Court of Appeals Mediation Program. Under the terms of the settlement, the parties have already dismissed the Appeal and now ask that you enter a stipulated order which is being concurrently filed with this letter. The order will vacate the Court's January 19, 2006 Order and then dismiss the matter with prejudice.

Thank you for your patience.

Very truly yours,

/s/ Marc P. Niedzielski
Marc P. Niedzielski
Deputy Attorney General

cc: Edward M. McNally, Esquire