THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELBERTA BERNICE LIEBERMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 96-523-GMS |
| | : | |
| THE FAMILY COURT OF THE STATE OF DELAWARE, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION AND ORDER**

Pursuant to Fed.R.Civ.P 41(a), the parties hereby agree and stipulate as follows:

1.    The parties have agreed to amicably resolve this matter. As part of the resolution of the matter, the parties have agreed jointly move the U.S. District Court for the District of Delaware to vacate its January 19, 2006 Order in this matter that is the basis for the appeal and to then dismiss the matter with prejudice.

2.    The defendant Family Court of the State of Delaware will continue to comply with all appropriate laws that prohibit discrimination against people with disabilities. Additionally, the defendant will follow its standard personnel practice to only provide confirmation of employment, dates of employment and position titles held by the plaintiff, unless provided an authorization signed by plaintiff to provide more information.

3.    Each party will bear its own costs.

MORRIS JAMES LLP

_____
Edward M. McNally, Esquire (#614)        Date: April 19, 2007
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
Attorney for E. Bernice Lieberman


STATE OF DELAWARE

_____    4-20-2007
Marc P. Niedzielski                              Date
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19081
Attorney for Family Court of the State of Delaware


**IT IS SO ORDERED** this    day of        , 2007

1.   The Court's Order of January 19, 2006 is hereby vacated; and,

2.   This matter is dismissed with prejudice.


_____
U.S. District Judge

1559241/1